IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| ZACHARY SMITH, an individual, | ) | CIVIL NO. 16-00519 JMS-RLP |
| | ) | |
| Plaintiff, | ) | SUMMONS |
| | ) | |
| vs. | ) | |
| | ) | |
| NOLAN ESPINDA, in his individual capacity; JODIE MAESAKA-HIRATA, in her individual capacity; PETER CABREROS, in his individual capacity; JONATHAN TOM, in his individual capacity; PATRICK CHONG, in his individual capacity; BRIAN MEDEIROS, in his individual capacity; JASON TAGALOA, in his individual capacity; JOHN and JANE DOES 1-20, | ) | |
| Defendants. | ) | |

## SUMMONS

TO: NOLAN ESPINDA, in his individual capacity;
JODIE MAESAKA-HIRATA, in her individual capacity;
PETER CABREROS, in his individual capacity;
JONATHAN TOM, in his individual capacity;
PATRICK CHONG, in his individual capacity;
BRIAN MEDEIROS, in his individual capacity;
JASON TAGALOA, in his individual capacity;
JOHN and JANE DOES 1-20

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or

employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Law Office of Richard D. Gronna  
RICHARD D. GRONNA #5391  
841 Bishop Street, Suite 2201  
Honolulu, Hawaii 96813  
Telephone: (808) 523-2441  
Facsimile: (808) 566-0347  
Email: rgronna@hawaii-personal-injury.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUE BEITIA  
CLERK OF THE COURT

DATE: September 22, 2016         /s/SUE BEITIA by AFC, Deputy Clerk  
                                 Signature of Clerk or Deputy Clerk

CV 16-00519 JMS-RLP  
SUMMONS IN A CIVIL CASE