AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 16-00519 JMS-RLP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* PATRICK CHONG

was received by me on *(date)* October 15, 2016.

☐ I personally served the summons on the individual at *(place)* 60 Punahele Street, Hilo, HI, 96720 (Hale Naui) on *(date)* 11/2/16 at 2:00 p.m.; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/2/16

_____
Server's signature

Royce Haitsuka - Process Server
Printed name and title

75-357 Naui Kailua Drive
Kailua-Kona, HI 96740
Server's address

Additional information regarding attempted service, etc: